# EXHIBIT B

---------- Forwarded message ---------
From: Witness Doe 1
Date: Mon, Jun 7, 2021, 11:34 AM
Subject: unwanted conduct
To: <hzula@co.schuylkill.pa.us>

er my request, our Chief Assessor, Kent Hatter, came to the 410 building to have a meeting with me. Yesterday Kent made several discriminatory and sexist comments to me and my co-worker Jane Doe Goodman.

The comments:

Consider me like a father giving daddy advice(huge trigger for me)

Hey were you a cheerleader?

Do you read books or let me guess you are a glamour magazine reader right? This was taken as a direct insult to my intelligence, and I believe intended to degrade me because I am a female.

He said multiple times that he knows what I need structure and routine in my life. I believe this shows his ignorance to the situation because it is the County conduct so far and lack of consistency and structure that has been the root of all issues.

I will protect you I will keep you safe. This made me feel that he is luring me into feeling safe with him and that I need him.

He referred to a girl that worked for him in the past and stated she was attractive like me and had Farrah Fawcett hair and she had client's that were couples who felt that she would cause problems for their marriage.

He asked me to smile for him as he was leaving

He cut me off every time I would speak

When I went to my office to get something He asked Jane Doe something about if she watched soft porn.  I was not there for that comment but she did tell me as soon as he left.  She was also shocked by his comments.

Please know that this comments and conduct made me uncomfortable, I believe they are sexual harassment and gender discrimination, this is my notice to the County that this behavior occurred, and I am opposing it.

Please know that reporting this is very hard for me. As Kent is my direct supervisor, I am fearful of retaliation.  Based on the county's conduct leading up until today It is highly likely that reporting these comments etc could result in more retaliation.

Thank You

Witness Doe 1

--
Witness Doe 1

