# EXHIBIT D



From: Jane Doe
Sent: Tuesday, June 8, 2021 4:47:36 PM
To: Zula, Heidi <hzula@co.schuylkill.pa.us>
Subject: Re: Complaint Investigation

Heidi,

 I will be in East Brunswick for most of the day tomorrow. Thursday between 8:30 and 10:00 am would work in terms of my availability.

Is it permissible to have a witness present?  Also, is there any requirements/specifications as to who may stand as a witness?

Thanks, Jane Doe



Get Outlook for iOS<https://aka.ms/o0ukef>

From: Zula, Heidi <hzula@co.schuylkill.pa.us>
Sent: Tuesday, June 8, 2021 2:33:15 PM
To: Jane Doe
Subject: Complaint Investigation


Hi Jane Doe



Would you have time available tomorrow morning to meet with me to discuss the situation that occurred regarding your sighting of George Halcovage on Thursday, June 3 as well as the meeting that occurred with Kent Hatter?  I would be available to meet between 8:30 AM and 9:45.  If that would not work, would you have availability to meet on Thursday morning between 8:30 AM and 10:00 AM?  Please let me know your availability.



Thank you,

Heidi

Heidi L. Zula

Human Resources Director

Schuylkill County Courthouse

401 North Second Street

Pottsville, PA  17901

Office: (570) 628-1232

Fax: (570) 628-1109