# EXHIBIT F

**From:** Zula, Heidi
**Sent:** Wednesday, June 23, 2021 8:48 AM
**To:** Witness Doe 1
**Subject:** RE: working environment

Witness Doe 1

The investigation into the complaint that you made regarding your meeting with Mr. Hatter is still ongoing. You will be advised when the investigation is completed.

In reference to your request for an accommodation to work from home, this request is denied. Your accommodation of working from your office located at the 410 Building will continue. All work duties must be performed in the office unless otherwise approved by your supervisor. Should your condition not allow you to work, you will be granted reasonable time off without pay (as you have exhausted your available leave entitlement).

Thank you,
Heidi

**From:** Witness Doe 1
**Sent:** Monday, June 21, 2021 1:30 PM
**To:** Zula, Heidi <hzula@co.schuylkill.pa.us>
**Subject:** working environment

Hi Heidi,

I haven't received any feedback on your investigation into the discriminatory comments made to me by my supervisor Kent Hatter. I reported this to you on 06/06/2021 and am anxiously waiting on a response. Also I haven't received any written denial from you regarding my work from home status that was requested on numerous occasions. I would greatly appreciate if you could get back to me with a response on these issues.

Sincerely,

Witness Doe 1