# EXHIBIT G



**From:** Hatter, Kent
**Sent:** Tuesday, June 22, 2021 1:03 PM
**To:** Witness Doe 1
**Subject:** RE: work and more

Witness Doe 1,

Your interest and questions with HR are best between you both. I am not privy to everything involved in your situation.
Witness Doe 1 my concern is your STEB report. It seems regardless where your working from the report should be completed and submitted on time. Also, as the chief tax assessor I need to know where all employees, in this office, are during the day. Since I cant be here and at 410 I need your emails for payroll.
Kent

**From:** Witness Doe 1
**Sent:** Tuesday, June 22, 2021 12:49 PM
**To:** Hatter, Kent <khatter@co.schuylkill.pa.us>
**Subject:** RE: work and more

Kent,

I appreciate you looking into that question for me as I will be anxiously waiting for a response.  I am already waiting for an explanation and written denial from HR to my reconsideration for reasonable accommodation's to work a hybrid schedule from home and office.  It is my understanding that there are employees that are permitted to work from home as needed. Also I am not sure what you were told about the 410 building but it was not my idea to be isolated from my co-workers and supervisors.  I was told that I was being relocated and this is where I am stationed. There was never a consultation with me or my supervisor at the time the decision was made.  So here I am in an unfamiliar building, with no security, no familiar faces, no designated parking (like all other employees that work out of 410) and no one within reach if I needed immediate help with anything.  But I am still trying my best to be here and present although I have no interaction with anyone at all throughout the day other than my father dropping by to check on me and make sure I'm doing ok.  There has been a lot that has happened since working here that has resulted in an increase of anxiety attacks and that is part of the reason why I am asking for reconsideration to my request to work a hybrid schedule.

Witness Doe 1


**From:** Hatter, Kent
**Sent:** Monday, June 21, 2021 2:01 PM
**To:** Witness Doe 1
**Subject:** RE: work and more

Hi,
What I know is that the county work day starts at 8:30 and ends at 4:30.  I will discuss your questions with HR.
Kent

**From:** Witness Doe 1
**Sent:** Monday, June 21, 2021 1:22 PM
**To:** Hatter, Kent <khatter@co.schuylkill.pa.us>
**Subject:** RE: work and more

Kent,
I will do my best to get here by 8:30.  As the county has been made aware by my physicians office and you made aware by previous communications with me, I suffer from a great deal of anxiety and panic attacks.  The mornings tend to be the worst for me and that is what prevents a timely arrival.  I would like you to clarify what type of ramifications I will face if I am not able to make it here at 8:30?  Also do you or the county have any options or resources available that you could extend to me while I'm am suffering with this condition?

Sincerely,
Witness Doe 1


**From:** Hatter, Kent
**Sent:** Monday, June 21, 2021 9:25 AM
**To:** Witness Doe 1
**Subject:** RE: work and more

I think going forward you need to email as soon as you arrive at 410 and when you leave.  As you know your start time is 8:30 am and not 9:30.   I am told the building is monitored and we need to make sure your hours worked are the same as when you enter the building.
Thanks,
Kent

**From:** Witness Doe 1
**Sent:** Monday, June 21, 2021 8:53 AM
**To:** Hatter, Kent <khatter@co.schuylkill.pa.us>
**Subject:** RE: work and more

I sent you and Crissy my payroll I am not confident on my hours so if you see any discrepancy let me know.  I am not trying to fudge any hours I just am not good at keeping track of them but I will do a better job moving forward.

**From:** Hatter, Kent
**Sent:** Monday, June 21, 2021 8:34 AM
**To:** Witness Doe 1
**Subject:** work and more

Hi Witness Doe 1
Let me know your work schedule and when you get to 410.  You have plenty of time to get STEB done.  I need by July 1.
Also, you said Friday that your payroll will be over shortly.  Please send this morning.
Thanks,
Kent

**Kent Hatter**
Chief Assessor
Schuylkill County Tax Assessment Office
401 N 2nd Street
Pottsville, PA  17901
☎  570.628.1044
☎  570.628.1409 - fax
✉  khatter@co.schuylkill.pa.us

