# EXHIBIT H

CONFIDENTIAL
IN ACCORDANCE WITH PARAGRAPH 3(E) OF
THE STIPULATED CONFIDENTIALITY ORDER



Conduct and Disciplinary Action Reporting Form

Employee Name: **Jane Doe**            Department: **Assessment**

Date of Warning: **July 20, 2021**

---

Type of Disciplinary Action:

Verbal Warning **X**    Written Warning _____    Suspension _____    Termination _____

---

### Description of Event/s

Date of Violation **7/16/21**   Time **8:30 am**   Location **410 Building**

Full description: (additional pages may be attached if necessary)

Productivity must be improved.

Must notify office of absence in a timely manner.

(see attached sheet)

---

Employee comments regarding disciplinary action (additional pages may be attached)

---

Recommended action:
Missy must notify department management of absence in a timely manner and strive to increase productivity.

I have been afforded the opportunity to read this warning and understand the content:

Employee Signature **Jane Doe**                                    Date **7/26/21**

Department Head/Supervisor's Signature _____   Date **7/26/21**

Witness' Signature _____                        Date _____

CONFIDENTIAL

IN ACCORDANCE WITH PARAGRAPH 3(E) OF
THE STIPULATED CONFIDENTIALITY ORDER

Jane Doe     ORAL WARNING - July 21, 2021

As a Field Appraiser it is important that you discover, value and list properties for Real Property taxation. Since your last cutoff date for Change of Assessments on May 7, 2021 you have provided to management a total work volume of less than 10 properties with value changes. This work volume is unacceptable.

It is also important to report your absence from work to your Chief Assessor / Deputy Chief Assessor by 8:30 am on the day of the absence. This must be done every day you are absent. Communication is important and we must know when you are not going to be at work.

Your position is very important in bringing in revenue which is the life blood of the county. You are expected to be at work daily, and turning your work in on a daily basis. County work hours are 8:30 am till 4:30 pm, and you are expected to be productive during that time period. You are expected to turn in your work product activity to your supervisor on a daily basis, failure to do so will result in further disciplinary action up to and including possible termination.

Kent Hatter

Chief Assessor

Schuylkill County