# EXHIBIT I

**CONFIDENTIAL**

IN ACCORDANCE WITH PARAGRAPH 3(E) THE
STIPULATED CONFIDENTIALITY ORDER



Conduct and Disciplinary Action Reporting Form

Employee Name: **Witness Doe 1**     Department: **Tax Assessment**

Date of Warning: **September 13, 2021**

---

**Type of Disciplinary Action:**

Verbal Warning _____   Written Warning **X**   Suspension _____   Termination _____

---

**Description of Event/s**

Date of Violation **9/2/2021**   Time _____   Location **Tax Assessment**

Full description: (additional pages may be attached if necessary)

Witness Doe 1 is responsible for submitting the monthly STEB reports by the first of the month. Witness Doe 1 failed to complete the required monthly report by the established deadline of September 1, 2021. Rather, Witness Doe 1 submitted the STEB report during the afternoon hours of September 2, 2021.

---

**Employee comments regarding disciplinary action (additional pages may be attached)**

---

Recommended action:

Witness Doe 1 was provided with ample opportunity to complete the monthly STEB report by the first of the month. She has been provided with numerous reminders and warning regarding the timely submission of such reports. As a result of her actions, Witness Doe 1 is being issued a written reprimand for her failure to complete her assigned duties in a timely manner.

---

I have been afforded the opportunity to read this warning and understand the content:

Employee Signature: *Witness Doe 1*   Date _____

Department Head/Supervisors Signature: _____   Date **9/13/21**

Witness' Signature _____   Date _____