# EXHIBIT J

Fwd: "meeting" August 23rd

From: Jane Doe                    @co.schuylkill.pa.us>
Sent: Friday, August 20, 2021 9:30:18 AM
To: Ditzler, Sherri <sditzler@co.schuylkill.pa.us>
Subject: "meeting" August 23rd

Sherry,

On Tuesday afternoon, Kent and I had a conversation during which he told me that I am doing a great job and that "Stevie Wonder could see how much I improved." Mr. Hatter questioned my intentions for the future in terms of a career and I informed him that I loved my job in terms of the work I do and that I was working hard to keep it. Kent was also joking around with me and then called me "killer". Crissy was out sick on Tuesday and Wednesday.

Yesterday, August 19th, I messaged Crissy that I was at chs. I informed that I was having trouble finding a parking space.  I asked if she could meet me to walk me into the bldg. I called her as well and the call did not connect. After waiting in the parking lot for 15 mins, I drove back to 410 without a response.

I picked up some things that I needed for the day at the 410 and then got into my car and drove back to the courthouse. I called Kent Hatter at his deck on my way up and I explained to him that I had been there earlier and messaged Crissy to meet me outside. He replied that he told Crissy not to respond. He then told me that he instructed Crissy to allow me to "be a problem solver and figure it out on my own. " I don't understand the relevance of that statement. Does he think this is a game? Or does he find it amusing?

Kent told me to meet him at the main entrance. Obviously, there was no parking so I had to park at a meter. Kent was at the entrance and yelled to me, "do you really drive with a mask on?" I was shaking. I felt horrible. I just wanted to get into the bldg. before I had a run in with George.

When I got into the office, no one said a word to me unless I spoke to them first. Despite feeling extremely uncomfortable, I have been reporting there on Mondays as discussed at our disciplinary meetings. In addition to Mondays, I have been stopping there almost daily even though it is not required. I have been going to the bldg. almost every day to demonstrate that I am putting an effort into my job and that I want to be part of the "team".

I have been doing exactly what he has been asking me to do at all of our job performance "meetings" and yesterday he made me feel defeated and horrible about myself. Like I said earlier, Kent was very nice to me when Crissy was out.

This am I arrived at 410 and called Crissy FROM MY DESK as instructed at 837am. The call was made at 837 am because once again my key card would not allow for entrance into the 410 bldg. I had to walk around the bldg. to the unsecure public entrance. Crissy did not answer her desk phone when I called her this am. I did however leave a message stating that I am here.

It is now 919 am and Crissy has still not replied or confirmed that she received my message.

I know that you are incredibly busy and I hate bothering you. I am sorry. If you have time today, will you please give me a call?

Thanks,
Jane Doe