# EXHIBIT K

**Zula, Heidi**  2/1/22
To You, Hatter, Kent, Zimmerman, Crissy, +1
Yesterday

📎 Loudermill Hearing Notice - Jane Doe
PDF - 131 KB

Good afternoon Jane Doe,

Please see the attached notification regarding a Loudermill hearing scheduled for Thursday, February 17, 2022 at 9:00 AM.

Thank you,
Heidi

**Heidi L. Zula**
Human Resources Director
Schuylkill County Courthouse
401 North Second Street
Pottsville, PA  17901
Office: (570) 628-1232
Fax: (570) 628-1109

---

**You**  1:21 PM
To Zula, Heidi, Hatter, Kent, Zimmerman, Crissy, +1

Heidi,

Am I permitted to bring non-union representation to the Loudermill Hearing?

Thank You
Jane Doe

Get Outlook for iOS

1:17 PM Wed Feb 16                                                                   LTE 58%

Loudermill Hearing Notice - M. Goodman
PDF - 131 KB



Human Resources Director
hzula@co.schuylkill.pa.us
570-628-1232

HR Specialist/Asst. Risk Mgr.
hgarrity@co.schuylkill.pa.us
570-628-1214

**ELAINE J. FUCCI**
Benefits Administrator
efucci@co.schuylkill.pa.us
570-628-1217



## OFFICE OF HUMAN RESOURCES

SCHUYLKILL COUNTY COURTHOUSE
401 N. 2ND STREET
POTTSVILLE PA 17901-2528
Phone: 570-628-1216   Fax: 570-628-1109

**R. ANN KRAFT**
Administrative Assistant
akraft@co.schuylkill.pa.us
570-628-1216

TO:   Jane Doe
      Field Appraiser

FROM: Heidi L. Zula
      Director of Human Resources

RE:   Loudermill Hearing

DATE: February 15, 2022

---

This letter is to notify you that a Loudermill Hearing is scheduled for Thursday, February 17, 2022 at 9:00 AM. The hearing will be held in the HR Conference Room within the Schuylkill County Courthouse.

The hearing is being held to provide you an opportunity to respond to the following allegations:

1. You failed to follow the instructions of your supervisor and the call-off procedure when you did not report your absence from work on February 2, 3, 4, 8, 9, 10, 11, 14, and 15, 2022.

2. You failed to follow the instructions of your supervisor by not contacting her on a daily basis to discuss your work product as required during your work from home status.

3. You exhibited unsatisfactory work performance as you have not submitted work products to support your time worked.

Please arrange to be present at the hearing. If you fail to report to this hearing, it will be held in your absence and a decision will be made based upon the facts available. You will be notified in writing of the outcome of the hearing.

You are placed on notice that disciplinary action, up to and including a recommendation for termination, may result from the information presented at the hearing.

You have the right to union representation during the hearing. It is your responsibility to arrange for representation to be present at the hearing if you so desire.

If you have any questions, please contact me at (570) 628-1232.

cc:   K. Hatter
      C. Zimmerman
      P. Rigby, AFSCME Business Agent
      File