# EXHIBIT L

**CONFIDENTIAL**
IN ACCORDANCE WITH PARAGRAPH 1(E) OF
THE STIPULATED CONFIDENTIALITY ORDER

**HEIDI L. ZULA**
Human Resources Director
hzula@co.schuylkill.pa.us
570-628-1232

**HEATHER R. GARRITY**
HR Specialist / Asst. Risk Mgr.
hgarrity@co.schuylkill.pa.us
570-628-1214

**ELAINE J. FUCCI**
Benefits Administrator
efucci@co.schuylkill.pa.us
570-628-1217



**OFFICE OF HUMAN RESOURCES**

SCHUYLKILL COUNTY COURTHOUSE
401 N. 2ND STREET
POTTSVILLE PA 17901-2528
Phone: 570-628-1216   Fax: 570-628-1109

**R. ANN KRAFT**
Administrative Assistant
akraft@co.schuylkill.pa.us
570-628-1216

**Certified and Regular Mail**

March 8, 2022

Jane Doe                                  Jane Doe
███████████████         AND         ███████████████

Sent via email to ███████████████ AND ███████████████

Re:   Job Abandonment

Dear Jane Doe :

This letter is to advise that you have been absent without leave without approval since February 2, 2022. Your supervisor has attempted to contact you on numerous occasions to discuss this matter. You have failed to respond to phone calls, text messages and emails regarding your absence. Further, you have failed to attend a scheduled Loudermill meeting on Friday, March 4 at 9:30 AM. It is noted that this meeting was rescheduled on two separate occasions based upon your requests.

Because your absence has not been approved and you have not communicated with the County regarding your employment status, we have no alternative but to determine that you have abandoned your Field Appraiser position and no longer wish to be employed by the County. If our understanding of your intentions is not correct, please report to the Human Resources Conference Room on Friday, March 11, 2022 at 10:00 AM to address these issues at a Loudermill meeting. As previously indicated, you have the right to union representation during the meeting. It is your responsibility to arrange for representation to be present at the meeting if you so desire.

Failure to report to the Loudermill meeting will result in the acceptance of your resignation from employment effective March 11, 2022 due to the abandonment of your Field Appraiser position.

Jane Doe
March 8, 2022
Page 2

If you have any questions or concerns, please contact me at (570) 628-1232 or hzula@co.schuylkill.pa.us.

Sincerely,

*[signature: Heidi L. Zula]*

Heidi L. Zula
Director of Human Resources

cc: G. Bender
K. Hatter
C. Zimmerman
P. Rigby, AFSCME Business Agent
File