# EXHIBIT M

From: Zula, Heidi <hzula@co.schuylkill.pa.us>
Sent: Monday, March 14, 2022 9:03 AM
To: Jane Doe
Cc: Bender, Gary; Hatter, Kent; Zimmerman, Crissy; Pamela Rigby
Subject: Loudermill Meeting Results

Jane Doe

You are being issued a five (5) day suspension without pay to be served on Monday, March 14, 2022 through and including Friday, March 18, 2022 due to your absence without leave without approval from February 2, 2022 through March 11, 2022. In addition, a final warning is also being issued regarding this type of behavior. A suspension notification will be prepared and provided to you at a later date. You are expected to return to work on Monday, March 21, 2022 at 8:30 AM. Further instructions regarding your work performance expectations will be provided to you at that time. If you have any questions, please contact me.

Thank you,
Heidi

Heidi L. Zula
Human Resources Director
Schuylkill County Courthouse
401 North Second Street
Pottsville, PA  17901
Office: (570) 628-1232
Fax: (570) 628-1109