# EXHIBIT N

---------- Forwarded message ---------
From: **Whelan, Andrea** <awhelan@co.schuylkill.pa.us>
Date: Wed, Aug 24, 2022 at 11:47
Subject: Absence
To:

Jane Doe

Please see attached.

v/r

Andrea Whelan

Human Resources Director

County of Schuylkill

O: 570-628-1232

**ANDREA L. WHELAN**
HR Director
awhlean@co.schuvlkill.oa.us
570-628-1232

**HEATHER R. GARRITY**
HR Specialist/ Asst. Risk Mgr.
haarritv@co.schuvlkill.oa.us
570-628-1214

**ELAINE J. FUCCI**
Benefits Administrator
efucci@co.schuvlkill.oa.us
570-628-1217



## OFFICE OF HUMAN RESOURCES

SCHUYLKILL COUNTY COURTHOUSE
401 N. 2ND STREET
POTTSVILLE PA 17901-2528
Phone:570-628-1216   Fax: 570-628-1109

**R. ANN KRAFT**
Administrative Assistant
akraft@co.schuvlkill.pa.us
570-628-1216

August 23, 2022

**VIA Certified RRR, U.S. Mail and Email**

Jane Doe

Dear Jane Doe :

This letter is to advise that you have been absent from work without leave or approval since Wednesday, April 27, 2022. Your absence has not been approved and you have not communicated with the County regarding your employment status. The County has no alternative but to determine that you have abandoned your Field Appraiser position and have voluntarily resigned your position with the County, effective the date of this letter, Tuesday, August 23, 2022.

If you have any questions or concerns, please contact me at (570) 628-1232 or awhelan@co.schuylkill.pa.us.

Sincerely,

*Andrea L. Whelan*

Andrea L. Whelan
Director of Human Resources

cc:   G. Bender
      K. Hatter
      C. Zimmerman
      J. Marks, AFSCME Business Agent
      File