# EXHIBIT O

**Alyssa DeBise**

**From:** Jane Doe <​█████████████​>
**Sent:** Thursday, August 25, 2022 10:15 AM
**To:** Whelan, Andrea
**Subject:** Re: Absence

Ms. Whelan,

This letter serves as a response to the email I received from you on August 24, 2022 in which you stated that I "have abandoned [my] Field Appraiser position and have voluntarily resigned [my] position with the County, effective the date of [your] letter, Tuesday, August 23, 2022.

I have not voluntarily resigned from my position as a Schuylkill County Field Appraiser and any separation from employment has been both forced and calculated by the county serving as further proof of the ongoing retaliation that myself and the other jane does have been subjected to since the county became aware of our intent to file a lawsuit in May 2020.

According to your letter, I have been on an unapproved absence from work following April 27, 2022. On or around the same date, I was instructed by email that I was not to enter any further work into the Govern System due to notices being sent and or balancing being completed. I was never informed that balancing was completed nor was I given the ok to resume work. Prior to this, I had visited parcels and completed all field checks that were required. I did not have any additional work to complete.  Historically, I was contacted by Ms. Zimmerman with a date and time to obtain work so I could complete a 35 hour work week.  After April 27, 2022, Ms. Zimmerman never contacted me.

I am the senior assessor in the assessment office. I brought an extensive amount of knowledge and experience to table in terms of the position I held. Prior to filing this lawsuit, I was responsible for approximately 20 municipalities. I assessed new construction which included residential, agricultural, and commercial buildings. I was also responsible for inspecting any changes to current structures. I did my job and I did it well.

Unfortunately,  all of the districts previously assigned to me were handed to inexperienced newly hired assessors.

Upon learning that the county hired yet another Human Resources director, I was prematurely confident and cautiously optimistic that you would have been brought up to speed regarding the sensitivity of our current situation with the county. According to the statement you made to the "The Republican Herald " in an article printed Monday August 22, 2022 you claimed to be "unaware of the controversy in the courthouse surrounding a lawsuit filed by four female employees."  The aforementioned statement leaves me greatly concerned. The statement you made serves as a confession of nescience regarding the ongoing issues at the courthouse and exemplifies your feelings of deliberate

1

indifference in reference to the deplorable and hostile working conditions to which myself and others have been subjected.

I have been unable to walk freely throughout the courthouse without fear. Because of this, I am reluctant to visit the courthouse without specific instruction or notification to pick up work and or assignments, a situation of which Ms. Zimmerman has been made fully aware.

Again, I have not resigned from my position and any separation from employment is both involuntary and forced.

I believe the decision to force me out of employment was made by the county earlier than the date of August 23, 2022. During the month of May 2022, a list that reflected each of the 67 Schuylkill County Municipalities, along with the field appraiser assigned to each area, was distributed to employees of the assessment office. I was omitted from the list which is evidentiary of the county's intent to sever my employment as early as May 2022.  Furthermore, during the Commissioner's meeting on August 4th , 2022, Mr. Hatter requested approval to lease Subaru's for the current county field appraisers . The request made would have only afforded three assessors a vehicle which substantiates my belief that the county has been preparing to force me into resignation.  These aren't the only times that I have been excluded and ignored as part of the field appraiser team.  There were many meetings, outings, holiday parties, and other office happenings to which myself and the other jane doe were not extended an invitation. Each time this happens I can't help but feel rejected and worthless.

I am aware that you began your employment as Schuylkill county's HR director on August 15, 2022 as evidenced by the Personnel Action Report. Because of your relative newness to position and the lack of knowledge regarding what you termed, "the controversy in the courthouse surrounding the lawsuit" which I am a part of, the decision regarding my employment was made in haste. It's alarming and disturbing that you were able to arrive at any conclusion regarding my employment without contacting me, as this decision affects both myself and my family.

Given the above, it is clear that the county's decision, as many before this, to force me into resignation from position as a Schuylkill county filed assessor, is motivated by nothing other than animus for continued opposition and reporting of the unlawful behavior of county employees, including yourself. As such, I renew my opposition to this decision as it is clear retaliation for the filing of the EEOC and subsequent sexual harassment lawsuit.

Regards,
Jane Doe

On Wed, Aug 24, 2022 at 11:47 AM Whelan, Andrea <awhelan@co.schuylkill.pa.us> wrote:

> Jane Doe     ,
>
> Please see attached.

v/r

Andrea Whelan

Human Resources Director

County of Schuylkill

O: 570-628-1232