# EXHIBIT P

**From:** Jane Doe &lt;███████████████&gt;
**Date:** Tuesday, September 6, 2022 at 11:47 AM
**To:** GHess@co.schuylkill.pa.us &lt;GHess@co.schuylkill.pa.us&gt;, aevans@feplawyers.com &lt;aevans@feplawyers.com&gt;
**Subject:** Fwd:

Commissioner Hess,

I understand on Wednesday's PAR I am listed for a vote on my resignation. I am no way resigning my position. Please see my below email which was sent to Schuylkill County's newest HR Director. I have received no response. I also have received no correspondence from my supervisors regarding what work I may and should complete.

It is clear that the county's decision, as many before this, against the four Jane Does is motivated by nothing other than animus for continued opposition and reporting of the unlawful behavior of county employees. As such, I renew my opposition to this decision as it is clear retaliation for the filing of the EEOC and subsequent sexual harassment lawsuit.

Please let me know if you have any questions or concerns.

Thank You
Jane Doe

AGENDA - COMMISSIONERS' WORK SESSION         WEDNESDAY, SEPTEMBER 7, 2022 - 10:00 AM

THE PUBLIC MAY JOIN TODAY'S MEETING THROUGH ZOOM (NO VIDEO)

PHONE: 1 – 301 – 715 – 8592;    MEETING ID: 820 4652 0390 #;    PASSCODE: 816619

IF NOT ATTENDING IN PERSON, WRITTEN PUBLIC COMMENTS MUST BE RECEIVED BY 3:00 PM ON THE DAY BEFORE THE MEETING TO:
public_comments@co.schuylkill.pa.us

PUBLIC COMMENTS, SUBMITTED IN WRITING, WILL ONLY BE READ DURING ITEM # 2 AND # 15, THE PUBLIC COMMENT PORTIONS OF THE AGENDA.

---

1. **REPORT OF EXECUTIVE SESSIONS HELD**

2. **PUBLIC COMMENT - *PERTAINING TO AGENDA ITEMS ONLY***
   *IF YOU ARE NOT ATTENDING IN PERSON, TO PARTICIPATE, PUBLIC COMMENTS MUST BE RECEIVED IN WRITING BY 3:00 PM THE DAY BEFORE THE MEETING.*

3. **CARL RUMBEL – CHILDREN & YOUTH**

   - APPROVAL TO ENTER INTO PURCHASE OF SERVICE AGREEMENTS WITH THE FOLLOWING FIVE (5) PROVIDERS FOR THE TERM JULY 1, 2022 TO JUNE 30, 2023:
     
     o KEYSTONE ADOLESCENT CENTER, INC., GREENVILLE, PA, FOR RESIDENTIAL PLACEMENT SERVICES: SPECIALIZED SETTING PROGRAM AT $275.00 PER DIEM; SPECIALIZED INTENSIVE AT $375.00 PER DIEM; SHELTER AT $205.00 PER DIEM; AND FOR 45-90 DAY RESIDENTIAL DIAGNOSTIC PROGRAM SERVICES AT A PER UNIT COST OF $1,950.00.
     
     o COMMUNITY OPTIONS, INC., PRINCETON, NJ, FOR DUALLY LICENSED RESIDENTIAL PLACEMENT SERVICES FOR INDIVIDUALS WITH A DEVELOPMENTAL DISABILITY OR AUTISM AT A PER DIEM RATE OF $632.00.
     
     o KIDSPEACE NATIONAL CENTERS, INC., SCHNECKSVILLE, PA, FOR RESIDENTIAL, DIAGNOSTIC, AND SHELTER PLACEMENT SERVICES AT $397.49 PER DIEM; FOR FOSTER CARE SERVICES: REGULAR AGE 0-9 AT $72.84 PER DIEM, REGULAR AGE 10-18 AT $77.84 PER DIEM, SPECIALIZED AT $109.99 PER DIEM, INTENSIVE AT $112.00 PER DIEM; AND MOTHER/BABY AT $122.35 PER DIEM.
     
     o FRIENDSHIP HOUSE, SCRANTON, PA, FOR CLOUD HOME RESIDENTIAL PLACEMENT SERVICES AT A PER DIEM RATE OF $199.43.
     
     o ALL BRITE CLEANING SERVICES, INC., PINE GROVE, PA, FOR CLEANING SERVICES AT $20.00 PER HOUR PER PERSON WITH A MINIMUM LABOR CHARGE OF $80.00 PER WORK ASSIGNMENT.
   
   - APPROVAL OF AN ADDENDUM TO THE AGREEMENT WITH SCHUYLKILL INTERMEDIATE UNIT #29 TO INCREASE THE CONTRACT CAP BY $130,620.00 TO A TOTAL CAP OF $439,320.00 FOR THE TERM JULY 1, 2021 TO JUNE 30, 2022.

4. **MARY TIMPANY – COURT ADMINISTRATION**

   - APPROVAL TO RENEW SEVEN (7) LEASE AGREEMENTS WITH PITNEY BOWES FOR POSTAGE MACHINES IN EACH OF THE MAGISTERIAL DISTRICT JUDGES' OFFICES FOR 60 MONTHS AT A COST OF $54.34 PER MONTH PER MACHINE. PAYMENTS ARE MADE QUARTERLY. THE CURRENT LEASE EXPIRES JANUARY 29, 2023. **MOTION REQUESTED**

5. **DEANNA ORLOWSKY – OFFICER OF SENIOR SERVICES**

   - APPROVAL TO RETURN BLOCK GRANT FUNDS IN THE AMOUNT OF $13,316.80 TO THE PENNA. DEPARTMENT OF AGING FOR THE CAREGIVER PROGRAM FOR FY 2021-2022.

   - APPROVAL TO RETURN BLOCK GRANT FUNDS IN THE AMOUNT OF $4,425.24 TO THE PENNA. DEPARTMENT OF AGING FOR PA MEDI (MEDICARE EDUCATION AND DECISION INSIGHT) REGIONAL FOR FY 2021-2022.

   - APPROVAL TO RETURN BLOCK GRANT FUNDS IN THE AMOUNT OF $100,962.36 TO THE PENNA. DEPARTMENT OF AGING FOR AMERICAN RESCUE PLAN FUNDS FOR FY 2021-2022. THESE FUNDS WILL BE REALLOCATED FOR THE AGENCY'S USE IN FY 2022-2023.

   - APPROVAL TO REAPPOINTMENT MILDRED DRONITSKY, POTTSVILLE, AS A MEMBER OF THE OFFICE OF SENIOR SERVICES ADVISORY BOARD. HER NEW TERM WOULD BEGIN SEPTEMBER 1, 2022 TO AUGUST 31, 2025.

6. **SCOTT KRATER – 911 COMMUNICATIONS**

   - APPROVAL TO UPDATE THE 24X7 - 365 SOFTWARE & SUPPORT AGREEMENT WITH INFOR EMERGENCY SYSTEMS OF TAMPA, FL, FOR SUPPORT MAINTENANCE AT A COST OF $13,590.11. THE TERM IS JULY 28, 2022 TO DECEMBER 31, 2022. **MOTION REQUESTED**

7. **MIKE STINE – DISTRICT ATTORNEY'S OFFICE**

   - APPROVAL OF THE APPLICATION FOR FUNDING OF PENNSYLVANIA COMMISSION ON CRIME AND DELINQUENCY (PCCD) RASA/VOJO GRANT #38587, WHICH FUNDS VICTIM SERVICE PERSONNEL THROUGH THE DISTRICT ATTORNEY'S OFFICE. THIS GRANT INVOLVES STATE MONIES THAT ARE ADMINISTERED THROUGH PCCD. THE DURATION OF THE GRANT IS FROM JANUARY 2023 THROUGH DECEMBER 2024. THE TOTAL AMOUNT OF THE GRANT IS $274,064.00 **MOTION REQUESTED**

8. **LYNN BUCKLAR – DOMESTIC RELATIONS**

   APPROVAL FOR NINE EMPLOYEES TO ATTEND THE ANNUAL STATEWIDE DOMESTIC RELATIONS ASSOCIATION OF PENNSYLVANIA TRAINING CONFERENCE IN PITTSBURGH, PA, ALONG WITH RELATED TRAVEL EXPENSES THAT ARE CONSISTENT WITH THE COUNTY'S POLICY. THE CONFERENCE IS HELD SUNDAY, SEPTEMBER 18, 2022 AND CONCLUDES THURSDAY, SEPTEMBER 22, 2022. THE CONFERENCE ALLOWS STAFF TO INCORPORATE THE PROVISION OF UPDATES OF FEDERAL REGULATIONS, CASE LAW, AND STATUTES RELATING TO CHILD SUPPORT MATTERS, ACQUIRE KNOWLEDGE ON UPCOMING MANDATES, INTERGOVERNMENTAL MODIFICATIONS, CYBER SECURITY, UNUSUAL SUPPORT GUIDELINE SCENARIOS AND TAX CREDITS, PATERNITY DISESTABLISHMENT, UNIFORM PARENTAGE ACT, MODERN FAMILIES, DEALING WITH CLIENTS WITH AUTISM, AND OTHER NEUROLOGICAL DIFFERENCES, ETC. THIS LINE ITEM IS REIMBURSED. **MOTION REQUESTED**

9. **CHERYL FUSS – GRANT WRITERS**

   - APPROVAL OF A CONTRACT WITH SCHUYLKILL COMMUNITY ACTION FOR HUD CONSULTING SERVICES FOR BUTLER TOWNSHIP, BOROUGH OF MINERSVILLE, BOROUGH OF SCHUYLKILL HAVEN AND WAYNE TOWNSHIP FOR 2022, 2023 AND 2024. THE COST IS $3,000.00 PER REHAB UNIT PLUS REIMBURSABLE EXPENSES. TECHNICAL ASSISTANCE WILL BE BILLED AT A RATE OF $25 PER HOUR AS NEEDED. **MOTION REQUESTED.**

   - APPROVAL OF A CONTRACT WITH PRODESIGN PLUS, L.L.C FOR PREPARATION OF CDBG APPLICATIONS FOR BUTLER TOWNSHIP, BOROUGH OF MINERSVILLE, AND THE BOROUGH OF SCHUYLKILL HAVEN FOR 2022, 2023 AND 2024. THE COST IS $6,000 PER APPLICATION (TOTAL OF 9 APPLICATIONS) AND $80 PER HOUR FOR TECHNICAL ASSISTANCE. **MOTION REQUESTED.**

10. **KEVIN MAHALL – PUBLIC WORKS**

    - APPROVAL TO ADVERTISE FOR INVITATION TO BID FOR SNOW AND ICE REMOVAL FOR THE COUNTY OF SCHUYLKILL'S VARIOUS PARKING LOTS. BIDS ARE DUE IN THE CONTROLLER'S OFFICE BY 4:00 PM ON MONDAY, SEPTEMBER 26, 2022. BIDS WILL BE OPENED PUBLICLY AT 9:00 AM ON WEDNESDAY, SEPTEMBER 28, 2022 IN THE COMMISSIONERS' BOARD ROOM. **MOTION REQUESTED**

11. **SOLICITOR'S OFFICE**

    - APPROVAL TO ENTER INTO AN ASSIGNMENT OF A LEASE WITH THE SCHUYLKILL COUNTY AIRPORT AUTHORITY PERTAINING TO A COAL LEASE ON A PARCEL WHICH WAS TRANSFERRED TO THE AIRPORT AUTHORITY ON DECEMBER 19, 2018. THE COUNTY HAS AGREED TO TERMINATE THE AUTHORITY'S OBLIGATION AND ASSIGNS THE COAL LEASE TO THE AUTHORITY AS DESCRIBED IN THE ASSIGNMENT OF LEASE. **MOTION REQUESTED**

12. **PAUL BUBER – FINANCE OFFICE**

    - APPROVAL OF THE FOLLOWING BUDGET ADJUSTMENT FOR YEAR **2022**: **MOTION REQUESTED**

    | OFFICE / DEPARTMENT | AMOUNT |
    |---|---|
    | HUMAN SERVICES BLOCK GRANTS | $ 150 |
    | PROTHONOTARY | $ 150 |
    | HUMAN RESOURCES | $ 324 |
    | DOMESTIC RELATIONS OFFICE | $ 2,576 |
    | CHILDREN AND YOUTH | $ 3,232 |

13. **GARY BENDER – COUNTY ADMINISTRATOR**

    - REQUEST THE BOARD OF COMMISSIONERS TO RATIFY THE DESIGNEE APPROVED CONTRACTS FOR THE MONTH OF AUGUST, 2022. **MOTION REQUESTED**

    ON BEHALF OF PENN STATE AGRICULTURE CENTER

    - APPROVAL OF AN AGREEMENT WITH SPRING GARDEN HERITAGE, LLC OF HARLEYSVILLE, PA, FOR THE LEASE OF THE AG CENTER ON THE GORDON NAGLE TRAIL. SEIDER'S HILL WAS SOLD AND SPRING GARDEN HERITAGE WILL HONOR THE TERMS AND CONDITIONS OF THAT LEASE. THE NEW CONTRACT IS EFFECTIVE JULY 6, 2022 AND EXPIRES AUGUST 31, 2026. **MOTION REQUESTED**

14. **HUMAN RESOURCES OFFICE**

    - PERSONNEL ACTIONS & INFORMATION

15. **ADDITIONAL WRITTEN PUBLIC COMMENTS**

    IF NOT ATTENDING IN PERSON, PUBLIC COMMENTS MUST BE RECEIVED IN WRITING BY 3:00 PM THE DAY BEFORE THE MEETING.

16. ADJOURNMENT

## SALARY BOARD WORK SESSION MEETING                     SEPTEMBER 7, 2022

1. REPORT OF EXECUTIVE SESSIONS
2. PUBLIC COMMENT - PERTAINING TO AGENDA ITEMS ONLY
3. HUMAN RESOURCES OFFICE – PERSONNEL ACTIONS
4. NEW BUSINESS
5. ADJOURNMENT

# Schuylkill County Commissioners' Work Session - September 7, 2022
## Personnel Action Report

| | DEPARTMENT | ACTION | EMPLOYEE | MUNICIPALITY | POSITION | UNION / STATUS | PAY RANGE / STEP | SALARY/ HOURLY RATE | EFFECTIVE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| MOTION | Drug & Alcohol | Appointment | Hilary Cuttic | Frackville | Case Management Specialist Trainee | Non Union/Non Exempt | 4 / 12 | 18.5858 | 09/12/22 | |
| MOTION | Office of Senior Services | Transfer | Carol Fetterolf | Gordon | Aging Care Manager 2 | AFSCME OSS | | 20.3585 | 08/29/22 | From Clerk Typist II - Human Svs. |
| MOTION | Soil Conservation | Appointment | Chloe Mullins | Union Twp. | Agriculture Program Coordinator | Non Union/Non Exempt | 6 | 16.00 | 09/12/22 | |
| INFORMATIONAL | | | | | | | | | | |
| | Coroner's Office | Appointment | Diane Rhody | Pottsville | Deputy Coroner/Investigator | No Benefits | | | 09/19/22 | Per Diem |
| | District Attorney | Appointment | Joseph Bahgat | Albrightsville | Assistant District Attorney PT | Non Union/Non Exempt | | | 09/12/22 | |
| | Treasurer's Office | Resignation | Jaclyn Mogish | Frackville | Clerk | No Benefits | | | 08/19/22 | |
| | Controller's Office | Retirement | Sheri Ditzler | Pottsville | Accounting Clerk | AFSCME | | | 09/23/22 | |
| | Controller's Office | Transfer | Dana Murray | Norwegian Twp | Accounting Clerk - Interim | AFSCME | | | 09/12/22 | From Clerk Typist II - Treasurer's Office |
| | Court Administration | Resignation | Margaret Gownley | Frackville | Judicial Attendant | Court Related I | | | 09/12/22 | Per Diem |
| | Court Administration | Appointment | Lori Connors | Pottsville | Judicial Attendant | Court Related I | | | 09/12/22 | Per Diem |
| | Court Administration | Appointment | Jacqueline Sherry | Pottsville | Judicial Attendant | Court Related I | | | 09/12/22 | Per Diem |
| | Adult Probation | Appointment | Ryan Culbert | Pine Grove | Unpaid Intern | | | | 08/29/22 | to 12/9/22 |
| | 911 / Communications | Resignation | Victoria Poole | Gordon | Telecommunicator Trainee | AFSCME | | | 08/29/22 | |
| | Tax Assessment | Resignation | Jane Doe | E. Norwegian Twp. | Field Appraiser | AFSCME | | | 08/29/22 | |
| | Office of Senior Services | Resignation | Katherine Crist | Gordon | Aging Case Aide II | AFSCME OSS | | | 09/08/22 | |

\* All appointments are pending drug test and physical.
\* All actions involving Salary or for positions being created are pending Salary Board Approval.

## Schuylkill County Commissioners' Work Session - September 7, 2022
### Personnel Action Report

| SALARY BOARD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MOTION | Coroner's Office | Set Salary | Diane Rhody | Pottsville | Deputy Coroner/Investigator | No Benefits | | Per Fee Schedule | 09/19/22 | Per Diem |
| MOTION | District Attorney | Set Salary | Joseph Bahgat | Albrightsville | Assistant District Attorney PT | Non Union/Non Exempt | 7A / 18 | 35,401.00 | 09/12/22 | |
| MOTION | Controller's Office | Create Position | | | Accounting Clerk - Interim | AFSCME | 6 | | 09/12/22 | For training purposes. |
| MOTION | Controller's Office | Set Salary | Dana Murray | Norwegian Twp | Accounting Clerk - Interim | AFSCME | 6 | 17.5736 | 09/12/22 | Per Union Contract. |
| MOTION | Court Administration | Set Salary | Lori Connors | Pottsville | Judicial Attendant | Court Related I | | 11.5395 | 09/12/22 | Per Diem |
| MOTION | Court Administration | Set Salary | Jacqueline Sherry | Pottsville | Judicial Attendant | Court Related I | | 11.5395 | 09/12/22 | Per Diem |
| MOTION | Drug & Alcohol | Set Salary | Hilary Cuttic | Frackville | Case Management Specialist Trainee | Non Union/Non Exempt | 4 / 12 | 18.5858 | 09/12/22 | |
| MOTION | Office of Senior Services | Set Salary | Carol Fetterolf | Gordon | Aging Care Manager 2 | AFSCME OSS | | 20.3585 | 08/29/22 | Per Union Contract. |
| MOTION | Soil Conservation | Set Salary | Chloe Mullins | | Agriculture Program Coordinator | Non Union/Non Exempt | 6 | 16.00 | 09/12/22 | |