# EXHIBIT Q

# Alyssa DeBise

| | |
|---|---|
| **From:** | Jane Doe <██████████> |
| **Sent:** | Monday, September 19, 2022 11:51 AM |
| **To:** | Julie Marks |
| **Subject:** | Re: Schuylkill County Employment |

Ms. Marks,

I did not receive a termination letter nor a Loudermill Hearing Notice. Let me know if you have questions or concerns.

Thanks in advance for your help.

Jane

On Mon, Sep 19, 2022 at 10:44 Julie Marks <j.marks@afscme13.org> wrote:

> Jane
>
> Good morning, Could you please provide me with the Loudermill hearing notice and the termination letter that you received?
>
> Thanks,
>
> Julie
>
> | | |
> |---|---|
> | **From:** | Jane Doe <██████████████████> |
> | **Sent:** | Monday, September 19, 2022 10:27 AM |
> | **To:** | Julie Marks <j.marks@afscme13.org> |
> | **Subject:** | Fwd: Schuylkill County Employment |
>
> Ms. Marks,
>
> I understand you are my union representative. Please see the below email that I sent to my supervisor regarding a grievance.
>
> Please let me know if you have any questions or concerns.

Thank You

Jane Doe

---------- Forwarded message ---------
From: Jane Doe <​█████████████████████​>
Date: Mon, Sep 19, 2022 at 10:21 AM
Subject: Re: Schuylkill County Employment
To: Hatter, Kent <khatter@co.schuylkill.pa.us>
Cc: Whelan, Andrea <awhelan@co.schuylkill.pa.us>, <jmarks@afscme.13.org>

Mr. Hatter,

On September 7, 2022, I sent you an email regarding my opposition to my alleged resignation. On September 8, 2022, you informed me that I would need to file a grievance. However, you did not provide me with a grievance form, and I currently do not have access to County systems including my County email. Despite this, I was able to locate a grievance form on the County's public website.

The grievance form indicates that, "If it becomes clear that a Manager and employee cannot resolve a complaint in an informal manner, complete Section A, sign the Grievance Form and encourage the Employee to consider submitting the issue for formal grievance review." As you indicated, I would need to file a grievance, I am taking that to mean that you, my Manager, and I, the employee, cannot resolve the complaint in an informal manner. As such, the next step, according to the grievance form, is for the Department Head to complete the form and then for me, the employee, to complete and submit it to Human Resources. Despite you indicating that I needed to file a grievance, I did not receive the form with your portion completed. As such, I have attached the grievance form with my portion completed. I am requesting that you complete your required portion and submit it to Human Resources immediately.

Please let me know if you have any questions or concerns.

Thank you,
Jane Doe

On Thu, Sep 8, 2022 at 4:36 PM Hatter, Kent <khatter@co.schuylkill.pa.us> wrote:

Good Afternoon,

You would have to file a grievance with your Union.

Kent

**Kent Hatter**

Chief Assessor

Schuylkill County Tax Assessment Office

401 N 2nd Street

Pottsville, PA 17901

☎ 570.628.1025

☎ 570.628.1409 - fax

✉ khatter@co.schuylkill.pa.us



**From:** Jane Doe <█████████████████>
**Sent:** Wednesday, September 7, 2022 11:07 AM
**To:** Hatter, Kent <khatter@co.schuylkill.pa.us>; czimmerma@co.schuylkill.pa.us
**Cc:** Whelan, Andrea <awhelan@co.schuylkill.pa.us>
**Subject:** Schuylkill County Employment

**CAUTION**: EXTERNAL EMAIL. DO NOT CLICK LINKS OR OPEN ATTACHMENTS UNLESS YOU RECOGNIZE THE SENDER AND KNOW THE CONTENT IS SAFE.

Good Morning,

I am sending this email from my personal email as my access to the County email system has been cut off. This is despite the fact that my alleged resignation/termination has not been yet discussed in executive session, as indicated by Commissioner Hess during today's Commissioners' Meeting, nor have the Commissioners voted on my resignation/termination.

As I am sure you are each aware, on August 24, 2022, I received an email from Ms. Whelan in which she stated that I "have abandoned [my] Field Appraiser position and have voluntarily resigned [my] position with the County, effective the date of [your] letter, Tuesday, August 23, 2022. On August 25, 2022, I responded to Ms. Whelan via email and informed her that, "I have not voluntarily resigned from my position as a Schuylkill County Field Appraiser and any separation from employment has been both forced and calculated by the county serving as further proof of the ongoing retaliation that myself and the other jane does have been subjected to since the county became aware of our intent to file a lawsuit in May 2020."

Furthermore, I informed Ms. Whelan that, on or around April 27, 2022, "I was instructed by email that I was not to enter any further work into the Govern System due to notices being sent and or balancing being completed. I was never informed that balancing was completed nor was I given the ok to resume work. Prior to this, I had visited parcels and completed all field checks that were required. I did not have any additional work to complete. Historically, I was contacted by Ms. Zimmerman with a date and time to obtain work so I could complete a 35 hour work week. After April 27, 2022, Ms. Zimmerman never contacted me.

I am the senior assessor in the assessment office. I brought an extensive amount of knowledge and experience to table in terms of the position I held. Prior to filing this lawsuit, I was responsible for approximately 20 municipalities. I assessed new construction which included residential, agricultural, and commercial buildings. I was also responsible for inspecting any changes to current structures. I did my job and I did it well. Unfortunately, all of the districts previously assigned to me were handed to inexperienced newly hired assessors."

Today, September 7, 2022, my name was listed on the PAR as a resignation for consideration during the Commissioner's meeting. Commissioner Hess correctly indicated that I have not sought to resign and that I had corresponded with Ms. Whelan's office. Ms. Whelan's office. Ms. Whelan informed Commissioner Hess that she would speak with him during the Executive Session. Again, I have not resigned from my position and any separation from employment is both involuntary and forced. As such, I am seeking approval to resume work, guidance and/or instruction on what work is assigned to me (i.e., field work, inspections, etc.), what district(s) I am assigned to, and if I may resume entering data into govern.

Please let me know if you have any questions or concerns.

Regards,

Jane Doe