THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE DOE,

    Plaintiff,

v.

SCHUYLKILL COUNTY, *et al.*,

    Defendants.

3:24-CV-386
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 24th DAY OF FEBRUARY, 2025, upon review of Chief Magistrate Judge Daryl F. Bloom's Report and Recommendation ("R&R") (Doc. 17) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 17) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 12) is **DENIED WITHOUT PREJUDICE**.

3. The above-captioned action is **STAYED** pending the resolution of *Doe, et al. v. Schuylkill County Courthouse, et al.*, Civ. No. 3:21-cv-477-DFB (M.D. Pa.).

4. This action is **REMANDED** to Judge Bloom for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge